# Cibik Law, P.C. # INVOICE

1500 Walnut Street, Suite 900  Invoice # 1
Philadelphia, PA 19102  Date: 02/26/2025

Venus Nivens
1813 Latona Street
Philadelphia, PA 19146

## 2405-Nivens

## Bankruptcy 21-10520

| Date | Attorney | Notes | Quantity | Total |
|---|---|---|---|---|
| 11/16/2022 | MA | A103 Draft/revise B110 Case Administration: Drafted motion to modify and modified chapter 13 plan | 1.00 | $350.00 |
| 08/21/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted objection to certification of default | 0.20 | $70.00 |
| 10/05/2023 | MA | A111 Other B110 Case Administration: Worked with opposing counsel on resolution of certification of default via stipulation | 0.40 | $140.00 |
| 01/08/2024 | MA | A103 Draft/revise B110 Case Administration: Drafted motion to modify and modified chapter 13 plan | 1.20 | $420.00 |
| 02/26/2025 | EJG | A103 Draft/revise B160 Fee/Employment Applications: Reviewed time sheets and drafted fee application | 0.40 | $140.00 |
| | | **Quantity Subtotal** | | **3.2** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Michael Assad | Attorney (former) | 2.8 | $350.00 | $980.00 |
| Edward Gruber | Deputy Attorney | 0.4 | $350.00 | $140.00 |
| | | **Quantity Total** | | **3.2** |
| | | | **Subtotal** | **$1,120.00** |
| | | | **Total** | **$1,120.00** |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1 | | $1,120.00 | $0.00 | $1,120.00 |
| | | | **Outstanding Balance** | **$1,120.00** |
| | | | **Amount Requested** | **$1,100.00** |