**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Venus Nivens, <br><br> *Debtor*. | Chapter 13 <br> Case No. 21-10520-PMM |

## NOTICE OF SUPPLEMENTAL APPLICATION FOR COMPENSATION

To the Debtor, Creditors, and Interested Parties, notice is given that:

1. Cibik Law, P.C., Counsel for the Debtor in the above captioned matter, has filed a Supplemental Application for Compensation with the United States Bankruptcy Court seeking approval of counsel fees and expenses in the amount of **$1,100** for services rendered on behalf of the Debtor in this matter.

2. The aforesaid Supplemental Application for Compensation along with supporting documentation is on file with the Clerk, United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107 and is available there for inspection.

3. Any answer, objection, or responsive pleading with respect to the aforesaid Supplemental Application must be filed with the Court and served upon Counsel for the Debtor within fourteen (14) days of this notice.

4. In the absence of any answers, objections, or responsive pleadings, Counsel for the Debtor will certify that the aforesaid Supplemental Application is unopposed and that an order may be signed granting the requested relief.

Date: February 26, 2025

CIBIK LAW, P.C.
*Attorney for Debtor*

By: /s/ Michael A. Cibik
    Michael A. Cibik (#23110)
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    215-735-1060
    help@cibiklaw.com