**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Venus Nivens, | Chapter 13 |
| | Case No. 21-10520-PMM |
| _Debtor._ | |

AND NOW, on this _____ day of _____, 2025, upon consideration of Debtor's
Counsel's Supplemental Application to Approve Compensation:

It is **ORDERED** that the Supplemental Application is GRANTED and
that compensation of **$1,100** is **ALLOWED** to Cibik Law, P.C.  The Chapter 13
Trustee may pay the allowed amount as an administrative expense to the extent
provided in the approved plan.

Date:

By the Court:

_____
Honorable Patricia M. Mayer
U.S. Bankruptcy Judge