**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Venus Nivens,<br><br>                                    *Debtor*. | Chapter 13<br>Case No. 21-10520-PMM |

    I, MICHAEL A. CIBIK, hereby certify that a true and correct copy of the Supplemental Application for Compensation and all its exhibits, the notice thereof, and the proposed order were served upon the following parties by electronic means or first-class mail on the date set forth below.

    Kenneth E. West (CM/ELF)

    U.S. Trustee (CM/ELF)

    Venus Nivens
    1813 Latona St
    Philadelphia, PA 19146

Dated: February 26, 2025        CIBIK LAW, P.C.
                                          *Attorney for Debtor*

                                          By: /s/ Michael A. Cibik
                                              Michael A. Cibik (#23110)
                                              1500 Walnut Street, Suite 900
                                              Philadelphia, PA 19102
                                              215-735-1060
                                              help@cibiklaw.com