UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Venus Nivens,<br><br>*Debtor*. | Chapter 13<br>Case No. 21-10520-PMM |

AND NOW, on this 14th day of March 2025, upon consideration of Debtor's Counsel's Supplemental Application to Approve Compensation:

    It is **ORDERED** that the Supplemental Application is GRANTED and that compensation of **$1,100** is **ALLOWED** to Cibik Law, P.C. The Chapter 13 Trustee may pay the allowed amount as an administrative expense to the extent provided in the approved plan.

Date:  3/14/25

By the Court:

*Patricia M. Mayer*

Honorable Patricia M. Mayer
U.S. Bankruptcy Judge