**Fill in this information to identify the case:**

Debtor 1            **VENUS  NIVENS**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:   **Eastern District of Pennsylvania**

(State)

Case Number   **21-10520-PMM**

# Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
| --- | --- |

**Name of claim holder:**   BSI FINANCIAL SERVICES

**Court claim no.**  (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account:   8  3  3  0

**Property Address:**   1813 LATONA STREET
Number        Street

19146

City                                    State    ZIP Code

| Part 2: | Statement of Completion |
| --- | --- |

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
| --- | --- |

|  | Amount |
| --- | --- |
| a.  Allowed amount of prepetition arrearage: | $         38,230.33 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $         38,230.33 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $         -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $         38,230.33 |

**Part 4:    Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.    Total amount of postpetition payments disbursed by the trustee as of date of notice:    $ _____ -0-

b.    The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5:    Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:    $ _____ -0-

**Part 6:    A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice , the holder of the claim must file a response using Official Form 410C13-NR .**

✗ /s/ Kenneth E. West _____    Date    04/15/2026
Signature

Trustee    Kenneth E. West _____
First Name          Middle Name          Last Name

Address    190 N. Independence Mall West, Suite 701 _____
Number          Street

Philadelphia _____    PA    19106
City                      State    ZIP Code

Contact phone    (215) 627-1377 _____    Email    info@ph13trustee.com _____

| Debtor 1 | **VENUS  NIVENS** | | Case Number **21-10520-PMM** | | Page 1 |
| | Name | | | | |

# History Of Payments

## Part 3 - b (Prepetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 12/09/2021 | 3002930 | Disbursement To Creditor/Principal | 1,485.83 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 01/10/2022 | 3004184 | Disbursement To Creditor/Principal | 621.72 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 02/07/2022 | 3005535 | Disbursement To Creditor/Principal | 646.58 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 03/07/2022 | 3006786 | Disbursement To Creditor/Principal | 639.37 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 04/12/2022 | 3008119 | Disbursement To Creditor/Principal | 1,278.73 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 05/11/2022 | 3009527 | Disbursement To Creditor/Principal | 639.35 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 07/12/2022 | 3012039 | Disbursement To Creditor/Principal | 1,278.73 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 08/16/2022 | 3013364 | Disbursement To Creditor/Principal | 639.36 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 10/11/2022 | 3015701 | Disbursement To Creditor/Principal | 1,278.73 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 11/15/2022 | 3016952 | Disbursement To Creditor/Principal | 639.36 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 12/13/2022 | 3018282 | Disbursement To Creditor/Principal | 233.24 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 02/08/2023 | 3020696 | Disbursement To Creditor/Principal | 1,405.43 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 03/09/2023 | 3021918 | Disbursement To Creditor/Principal | 162.80 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 04/12/2023 | 3023189 | Disbursement To Creditor/Principal | 814.03 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 05/09/2023 | 3024470 | Disbursement To Creditor/Principal | 1,628.05 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 06/13/2023 | 3025643 | Disbursement To Creditor/Principal | 814.03 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 07/13/2023 | 3026810 | Disbursement To Creditor/Principal | 814.03 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 09/18/2023 | 3029133 | Disbursement To Creditor/Principal | 814.02 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 12/21/2023 | 4000116 | Disbursement To Creditor/Principal | 1,415.70 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 01/16/2024 | 4000973 | Disbursement To Creditor/Principal | 1,254.78 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 02/12/2024 | 4001888 | Disbursement To Creditor/Principal | 806.65 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 04/10/2024 | 4003729 | Disbursement To Creditor/Principal | 806.65 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 05/13/2024 | 4004638 | Disbursement To Creditor/Principal | 806.65 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 06/14/2024 | 4005565 | Disbursement To Creditor/Principal | 731.07 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 07/17/2024 | 4006528 | Disbursement To Creditor/Principal | 1,462.13 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 09/11/2024 | 4008309 | Disbursement To Creditor/Principal | 1,462.14 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 10/16/2024 | 4009168 | Disbursement To Creditor/Principal | 739.19 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 11/13/2024 | 4010111 | Disbursement To Creditor/Principal | 739.19 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 01/15/2025 | 4011791 | Disbursement To Creditor/Principal | 739.19 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 03/12/2025 | 4013517 | Disbursement To Creditor/Principal | 1,478.38 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 04/15/2025 | 4014375 | Disbursement To Creditor/Principal | 739.19 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 05/14/2025 | 4015266 | Disbursement To Creditor/Principal | 1,478.38 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 08/13/2025 | 4017809 | Disbursement To Creditor/Principal | 2,217.57 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 10/15/2025 | 4019488 | Disbursement To Creditor/Principal | 787.24 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 11/19/2025 | 4020393 | Disbursement To Creditor/Principal | 1,574.48 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 01/14/2026 | 4022050 | Disbursement To Creditor/Principal | 787.24 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 02/11/2026 | 4022958 | Disbursement To Creditor/Principal | 787.24 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 03/18/2026 | 4023800 | Disbursement To Creditor/Principal | 1,574.47 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 04/15/2026 | 4024728 | Disbursement To Creditor/Principal | 9.41 |

Total for Claim Number 4:   38,230.33

**Total for Part 3 - b (Prepetition Arrears):**   **38,230.33**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **VENUS  NIVENS** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Eastern District of Pennsylvania** |
| | (State) |
| Case Number | **21-10520-PMM** |

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

**Part 1:**  **Mortgage Information**

**Name of claim holder:**   BSI FINANCIAL SERVICES

**Court claim no.**  (if known):
4

**Last 4 digits** of any number you use to identify the debtor's account:      8   3   3   0

**Property Address:**      1813 LATONA STREET
Number        Street

Philadelphia                                              PA      19146
City                                                           State      ZIP Code

**Part 2:**  **Statement of Completion**

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

**Part 3:**  **Arrearages**

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $ 1,693.00 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $ 1,693.00 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $ 1,693.00 |

**Part 4:** **Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:   $ _____ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5:** **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:   $ _____ -0-

**Part 6:** **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Kenneth E. West _____    Date   04/15/2026
Signature

Trustee   Kenneth E. West _____
First Name          Middle Name          Last Name

Address   190 N. Independence Mall West, Suite 701 _____
Number        Street

Philadelphia _____    PA    19106
City                              State    ZIP Code

Contact phone  (215) 627-1377 _____    Email  info@ph13trustee.com _____

| Debtor 1 | **VENUS  NIVENS** | | Case Number **21-10520-PMM** | | Page 1 |
| | Name | | | | |

# History Of Payments

### Part 3 - b (Prepetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 01/16/2024 | 4000973 | Disbursement To Creditor/Principal | 55.57 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 02/12/2024 | 4001888 | Disbursement To Creditor/Principal | 35.72 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 04/10/2024 | 4003729 | Disbursement To Creditor/Principal | 35.72 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 05/13/2024 | 4004638 | Disbursement To Creditor/Principal | 35.72 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 06/14/2024 | 4005565 | Disbursement To Creditor/Principal | 64.64 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 07/17/2024 | 4006528 | Disbursement To Creditor/Principal | 129.28 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 09/11/2024 | 4008309 | Disbursement To Creditor/Principal | 129.28 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 10/16/2024 | 4009168 | Disbursement To Creditor/Principal | 65.36 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 11/13/2024 | 4010111 | Disbursement To Creditor/Principal | 65.36 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 01/15/2025 | 4011791 | Disbursement To Creditor/Principal | 65.36 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 03/12/2025 | 4013517 | Disbursement To Creditor/Principal | 130.72 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 04/15/2025 | 4014375 | Disbursement To Creditor/Principal | 65.36 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 05/14/2025 | 4015266 | Disbursement To Creditor/Principal | 130.72 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 08/13/2025 | 4017809 | Disbursement To Creditor/Principal | 196.09 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 10/15/2025 | 4019488 | Disbursement To Creditor/Principal | 69.61 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 11/19/2025 | 4020393 | Disbursement To Creditor/Principal | 139.22 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 01/14/2026 | 4022050 | Disbursement To Creditor/Principal | 69.61 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 02/11/2026 | 4022958 | Disbursement To Creditor/Principal | 69.61 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 03/18/2026 | 4023800 | Disbursement To Creditor/Principal | 139.22 |
| 4 | BSI FINANCIAL SERVICES | Secured Mortgage Paid In Full R/E | 04/15/2026 | 4024728 | Disbursement To Creditor/Principal | 0.83 |
| | | | | | Total for Claim Number 4: | 1,693.00 |

**Total for Part 3 - b (Prepetition Arrears):     1,693.00**