United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                        Case No. 21-10520-pmm

Venus Nivens                                                                  Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                    User: admin                                    Page 1 of 2

Date Rcvd: Apr 16, 2026                 Form ID: 138OBJ                                 Total Noticed: 22

The following symbols are used throughout this certificate:

**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

^              Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Venus Nivens, 1813 Latona Street, Philadelphia, PA 19146-2918 |
| 14589500 | + | ESTATE OF LISA GLENN, 1813 LATONA STREET, PHILADELPHIA PA 19146-2918 |
| 14589503 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14589505 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14589506 | + | REBECCA SOLARZ, ESQUIRE, KML LAW GROUP, 701 MARKET STREET, PHILADELPHIA PA 19106-1538 |
| 14597109 | + | Wilmington Savings Fund Society, FSB, et al, c/o Daniel P. Jones, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 17 2026 00:30:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 17 2026 00:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14589650 | | Email/Text: megan.harper@phila.gov | Apr 17 2026 00:30:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14589496 | | Email/Text: megan.harper@phila.gov | Apr 17 2026 00:30:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14589495 | | Email/Text: megan.harper@phila.gov | Apr 17 2026 00:30:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphai, PA 19102 |
| 14589497 | | Email/Text: megan.harper@phila.gov | Apr 17 2026 00:30:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14589493 | + | Email/Text: ecf@ccpclaw.com | Apr 17 2026 00:29:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14589498 | + | Email/Text: bankruptcy@philapark.org | Apr 17 2026 00:31:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14589499 | | Email/Text: bankruptcycourts@equifax.com | Apr 17 2026 00:30:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14589501 | ^ | MEBN | Apr 17 2026 00:27:28 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14589502 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 17 2026 00:30:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14589504 | + | Email/Text: bankruptcy@philapark.org | Apr 17 2026 00:31:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 16, 2026 | Form ID: 138OBJ | Total Noticed: 22 |

| | | | |
|---|---|---|---|
| 14589507 | ^ MEBN | Apr 17 2026 00:27:48 | Stern & Eisenberg, 1581 Main Street Suite 200, Valley Square Shopping Center, Warrington, Pa 18976-3403 |
| 14589510 | Email/Text: DASPUBREC@transunion.com | Apr 17 2026 00:29:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14589511 | + Email/Text: bankruptcy@bsifinancial.com | Apr 17 2026 00:30:00 | WSFS, C/O BSI Financial Services, 314 South Franklin Street, PO BOX 517, Titusville Pa 16354-0517 |
| 14604952 | + Email/Text: bankruptcy@bsifinancial.com | Apr 17 2026 00:30:00 | Wilmington Savings Fund Society, et al., c/o BSI Financial Services, Inc., 314 S. Franklin Street, P.O. Box 517, Titusville, PA 16354-0517 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14589494 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14589509 | *+ | THE ESTATE OF LISA GLENN, 1813 LATONA STREET, PHILADELPHIA PA 19146-2918 |
| 14589508 | *+ | THE ESTATE OF LISA GLENN, 1813 LATONA STREET, PHILADELPHIA, PA 19146-2918 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2026                    Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor Wilmington Savings Fund Society  FSB, Not In Its Individual Capacity, But Solely In Its Capacity As Owner Trustee Of ACM Prime Alamosa 2018 Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Venus Nivens help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 138OBJ* (6/24)–doc 104 – 102

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Venus Nivens | ) | Case No. 21−10520−pmm |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: April 16, 2026

For The Court

Mohung Wong
Clerk of Court